IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRUCE JOSEPH TAYLOR                                                           PETITIONER
ADC #89149

V.                             NO. 5:08cv00026 BSM

LARRY NORRIS, Director,                                                        RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, this 28 U.S.C. § 2254 petition for writ of habeas corpus is a "second or successive application" under § 2244(b) and requires prior Court of Appeals authorization. Respondent's motion to dismiss (doc. 7) is **granted**, and the petition (doc. 2) is **dismissed** without prejudice to refiling if Petitioner obtains the necessary order from the United States Court of Appeals for the Eighth Circuit.

IT IS SO ORDERED this 28th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE